IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*FILED NOV 16 2016*

RAHEEM BROWN,
  Petitioner, : CIVIL ACTION
:
v. :
:
VINCENT T. MOONEY, et al., : No. 15-1495
  Respondents :

**ORDER**

AND NOW this **15th** day of **November**, 2016, upon careful and independent consideration of Raheem Brown's petition for writ of habeas corpus (Doc. No. 1), Raheem Brown's memorandum of law (Doc. No. 6), the Commonwealth's response in opposition (Doc. No. 14), Raheem Brown's petition for permission to file a second habeas corpus petition (Doc. No. 18), the Commonwealth's response to the petition for permission to file a second habeas corpus petition (Doc. No. 20), and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Brown's Petition for Writ of Habeas Corpus is DENIED and DISMISSED with prejudice;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473,

ENTERED
NOV 16 2016
CLERK OF COURT

484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262-63 (3d Cir. 2000), *abrogated on other grounds by Gonzalez v. Thaler*, ___ U.S. ___, 132 S. Ct. 641 (2012); and,

4. The Clerk of Court shall mark this file closed.

BY THE COURT:

/s/ J. Curtis Joyner
HON. CURTIS JOYNER
U.S. District Judge